AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gillmor, Helen | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/09/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>300 Ala Moana Blvd.<br>Room C-400<br>Honolulu, Hawaii 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hawaii Women's Legal Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 | | | | | | | | | |
| 2. Aecorn Tech | | None | J | T | | | | | |
| 3. Aecorn Tech | | None | | | Sold (part) | 01/02 | J | B | |
| 4. Apollo Inv | B | Dividend | J | T | | | | | |
| 5. Banco Santander | | None | J | T | Merged (with line 23) | 02/04 | | | |
| 6. Chicos Fas | | None | J | T | | | | | |
| 7. Cisco Systems | | None | J | T | | | | | |
| 8. Citigroup | | None | J | T | | | | | |
| 9. Cohen & Steers REIT | C | Dividend | K | T | | | | | |
| 10. Cohen & Steers REIT | A | Dividend | | T | Sold (part) | 01/02 | J | | |
| 11. Co. Vale de Rio | A | Dividend | K | T | | | | | |
| 12. Conoco Phillips | A | Dividend | J | T | | | | | |
| 13. Deerfield Triarc | | None | J | T | | | | | |
| 14. Diana Shiping | | None | J | T | | | | | |
| 15. Diana Shipping | | None | | | Sold (part) | 02/05 | J | | |
| 16. Diana Shipping | | None | J | T | Buy (add'l) | 10/02 | J | | |
| 17. Freeport McMoran | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Goldman Sachs | A | Dividend | K | T | | | | | |
| 19. Halliburton | A | Dividend | J | T | | | | | |
| 20. HR Property Trust | B | Dividend | J | T | | | | | |
| 21. Prestige Brands | | None | J | T | | | | | |
| 22. Ruth Chris Steakhouse | | None | J | T | | | | | |
| 23. Soverign Bancorp | | None | | | Merged (with line 5) | 02/04 | | | |
| 24. Thornberg Mtge | | None | J | T | | | | | |
| 25. Windstream | A | Dividend | J | T | | | | | |
| 26. XTO Energy | A | Dividend | K | T | | | | | |
| 27. Barron Asset Fund | B | Distribution | K | T | | | | | |
| 28. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 29. Janus Fund | B | Distribution | K | T | | | | | |
| 30. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 31. Brokerage Money Market Fund | A | Distribution | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. Brokerage Account # 1 | | | | | | | | | |
| 34. Money Market Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Brokerage Account # 2 | | | | | | | | | |
| 37. Scopia PX LLC | C | Distribution | M | T | | | | | |
| 38. | | | | | | | | | |
| 39. IRA #2 | | | | | | | | | |
| 40. Advent Claymore ENHCD Fund | B | Dividend | J | T | | | | | |
| 41. Apollo Inv | A | Dividend | J | T | Buy | 03/04 | J | | |
| 42. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 03/13 | J | | |
| 43. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 10/02 | J | | |
| 44. Apollo Inv | A | Dividend | J | T | Buy (add'l) | 10/30 | J | | |
| 45. Brasil Telecom | A | Dividend | J | T | | | | | |
| 46. Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 47. Crystal River Corp | | None | J | T | | | | | |
| 48. Deerfield Triarc | | None | J | T | | | | | |
| 49. HR Property Trust | A | Dividend | J | T | Buy | 03/30 | J | | |
| 50. HR Property Trust | A | Dividend | | | Sold | 10/29 | J | B | |
| 51. Isilon | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Level 3 Comm | | None | J | T | | | | | |
| 53. Level 3 Comm | | None | J | T | Buy (add'l) | 06/03 | J | | |
| 54. Palomar Med Tech | | None | J | T | | | | | |
| 55. Palomar Med Tech | | None | | | Sold (part) | 06/03 | J | | |
| 56. Peabody Energy | A | Dividend | K | T | | | | | |
| 57. Sears Holdings | | None | K | T | | | | | |
| 58. S & P Covered Call Fund | B | Dividend | J | T | | | | | |
| 59. S & P Covered Call Fund | A | Dividend | J | T | Buy (add'l) | 07/06 | J | | |
| 60. S & P Covered Call Fund | A | Dividend | J | T | Buy (add'l) | 10/30 | J | | |
| 61. Texas Roadhouse | | None | | | Sold (part) | 02/20 | J | | |
| 62. Texas Roadhouse | | None | | | Sold | 03/12 | J | | |
| 63. Thornberg Mortgage | | None | J | T | | | | | |
| 64. USG Corp | | None | J | T | | | | | |
| 65. Windstream | A | Dividend | J | T | Buy | 03/20 | J | | |
| 66. Windstream | A | Dividend | J | T | Buy (add'l) | 05/21 | J | | |
| 67. Cohen & Steers Intl REIT | A | Distribution | J | T | | | | | |
| 68. Money Market Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Brokerage Act # 3 | | | | | | | | | |
| 71. AT & T | A | Dividend | J | T | | | | | |
| 72. Deerfield Triarc | | None | J | T | | | | | |
| 73. HR Property Trust | A | Dividend | J | T | | | | | |
| 74. HR Property Trust | A | Dividend | | T | Sold (part) | 01/06 | J | | |
| 75. HR Property Trust | A | Dividend | J | T | Buy (add'l) | 03/02 | J | | |
| 76. Savient Pharm | | None | J | T | | | | | |
| 77. Brokerage Money Market | A | Distribution | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Trust #1 | | | | | | | | | |
| 80. Abbott Labs | A | Dividend | J | T | | | | | |
| 81. Adobe Systems | A | Dividend | J | T | | | | | |
| 82. Akamai Tech | | None | | | Sold | 01/05 | J | | |
| 83. Alcoa Inc | A | Dividend | J | T | | | | | |
| 84. Altera Corp | A | Dividend | J | T | | | | | |
| 85. Amgen Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Andarko Pete | A | Dividend | J | T | | | | | |
| 87. Applied Materials | A | Dividend | J | T | | | | | |
| 88. AT & T | A | Dividend | J | T | | | | | |
| 89. Bank of America | A | Dividend | J | T | | | | | |
| 90. Bank of America | | None | | | Sold (part) | 01/05 | J | | |
| 91. CVS/Caremark | A | Dividend | J | T | | | | | |
| 92. Celgene | | None | J | T | | | | | |
| 93. Centurytel | A | Dividend | J | T | | | | | |
| 94. Devon Energy | A | Dividend | K | T | | | | | |
| 95. DuPont Chem | A | Dividend | J | T | | | | | |
| 96. Emerson Elec | A | Dividend | K | T | | | | | |
| 97. Exxon Mobil | A | Dividend | K | T | | | | | |
| 98. Forrest Labs | | None | J | T | | | | | |
| 99. Freeport McMoran | | None | J | T | | | | | |
| 100. Gannett | | None | | | Sold | 01/05 | J | | |
| 101. General Electric | A | Dividend | J | T | | | | | |
| 102. General Mills | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hewlett Packard | | None | | | Sold | 01/05 | J | D | |
| 104. Honeywell Int | A | Dividend | J | T | | | | | |
| 105. IBM | A | Dividend | K | T | | | | | |
| 106. Intel Corp | A | Dividend | J | T | | | | | |
| 107. JP Morgan | A | Dividend | J | T | | | | | |
| 108. Lincoln National | A | Dividend | | | Sold | 11/30 | J | | |
| 109. Lowes Corp | A | Dividend | J | T | | | | | |
| 110. Medtronic Inc | A | Dividend | J | T | | | | | |
| 111. 3M Co | A | Dividend | K | T | | | • | | |
| 112. Oracle Corp | A | Dividend | J | T | | | | | |
| 113. Pepsico | A | Dividend | J | T | | | | | |
| 114. Pfizer | | None | | | Sold | 01/05 | J | | |
| 115. Praxair Inc | A | Dividend | K | T | | | | | |
| 116. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 117. Southern Co | A | Dividend | J | T | | | | | |
| 118. Target Corp | A | Dividend | J | T | | | | | |
| 119. Travlers Cos | | None | | | Sold | 01/05 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Verizon | A | Dividend | J | T | | | | | |
| 121. Wallgreen | A | Dividend | J | T | | | | | |
| 122. Wells Fargo | | None | | | Sold | 01/05 | J | B | |
| 123. Western Union | A | Dividend | J | T | | | | | |
| 124. Key Bank Small Cap Fund | B | Distribution | K | T | | | | | |
| 125. Key Bank Tax Exempt | C | Interest | L | T | | | | | |
| 126. K T Dirigo Short Term Tax Exempt | A | Interest | K | T | Buy | 01/12 | K | | |
| 127. Harbor Intl Fund | A | Dividend | J | T | | | | | |
| 128. Inshares Emerging Mkts | A | Dividend | J | T | | | | | |
| 129. Powershares Commodity Index | | None | J | T | Buy | 01/12 | J | | |
| 130. SPDR Gold Trust | | None | J | T | Buy | 01/12 | J | | |
| 131. | | | | | | | | | |
| 132. Penobscot Trading Co Ltd, Honolul, HI | | None | J | U | | | | | |
| 133. | | | | | | | | | |
| 134. Insurance Policies | | | | | | | | | |
| 135. New York Life | B | Dividend | M | U | | | | | |
| 136. New York Life | B | Dividend | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MONY | A | Dividend | J | U | | | | | |
| 138. Washington National Life | A | Dividend | J | U | | | | | |
| 139. | | | | | | | | | |
| 140. Brokerage Act #4 | | | | | | | | | |
| 141. Apache Corp | A | Dividend | K | T | | | | | |
| 142. Apple Corp | | None | K | T | | | | | |
| 143. Black & Decker | A | Dividend | J | T | | | | | |
| 144. CVS/Caremark | A | Dividend | J | T | | | | | |
| 145. CVS/Caremark | A | Dividend | | | Sold (part) | 9/10 | J | A | |
| 146. Camden National | B | Dividend | L | T | | | | | |
| 147. Camden National | A | Dividend | | | Sold (part) | 09/10 | J | D | |
| 148. Costco Wholesale | A | Dividend | J | T | | | | | |
| 149. Devon Energy | A | Dividend | K | T | | | | | |
| 150. Duke Energy | A | Dividend | J | T | | | | | |
| 151. Exelon Corp | A | Dividend | J | T | | | | | |
| 152. Exxon Mobil | A | Dividend | K | T | | | | | |
| 153. Forrest Labs Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Forrest Labs Inc | | None | | | Sold (part) | 09/10 | J | | |
| 155. FPL Group | A | Dividend | K | T | | | | | |
| 156. General Dynamics | A | Dividend | J | T | | | | | |
| 157. Gen Mills | A | Dividend | J | T | | | | | |
| 158. Gilead Sciences | | None | J | T | | | | | |
| 159. Granger, W.W. Inc | A | Dividend | J | T | | | | | |
| 160. Honeywell Inc | A | Dividend | J | T | | | | | |
| 161. Illinios Tool Works | A | Dividend | J | T | | | | | |
| 162. Keycorp | A | Dividend | | | Sold | 09/10 | J | | |
| 163. Leggett & Platt | A | Dividend | J | T | | | | | |
| 164. Lincoln National | A | Dividend | | | Sold | 10/30 | J | | |
| 165. Lowes Corp | A | Dividend | J | T | | | | | |
| 166. Lowes Corp | A | Dividend | | | Sold (part) | 09/10 | J | A | |
| 167. Nokia Corp | A | Dividend | J | T | | | | | |
| 168. Pepsico | A | Dividend | K | T | | | | | |
| 169. Praxair | A | Dividend | K | T | | | | | |
| 170. Praxair | A | Dividend | | | Sold (part) | 09/10 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 172. Seimens AG Corp | A | Dividend | J | T | | | | | |
| 173. Southern Co | A | Dividend | J | T | | | | | |
| 174. Staples Inc | A | Dividend | J | T | | | | | |
| 175. Stryker Corp | A | Dividend | J | T | | | | | |
| 176. Target Corp | A | Dividend | J | T | | | | | |
| 177. Teva Pharmaceuticles | A | Dividend | K | T | | | | | |
| 178. Teva Pharmaceuticals | A | Dividend | | | Sold (part) | 01/09 | J | A | |
| 179. Textron Inc | A | Dividend | J | T | | | | | |
| 180. 3M Corp | A | Dividend | K | T | | | | | |
| 181. Travelers Cos | A | Dividend | J | T | | | | | |
| 182. US Bancorp | A | Dividend | J | T | | | | | |
| 183. United Health Group | A | Dividend | J | T | | | | | |
| 184. Verizon | A | Dividend | J | T | | | | | |
| 185. Wellpoint | A | Dividend | J | T | | | | | |
| 186. Wells Fargo | A | Dividend | J | T | | | | | |
| 187. Western Union | A | Dividend | | | Sold | 10/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Victory Special Value Fund | A | Dividend | J | T | | | | | |
| 189. Vanguard Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 190. Victory Tax Free Money Market | A | Dividend | K | T | | | | | |
| 191. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 05/09/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544